26557       Ramsey v. State       Affirmed